Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Raj Kumar Bansal                                    Docket No. 1:07CR00177-001

### Petition on Supervised Release

COMES NOW Elissa F. Martins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Raj Kumar Bansal, who was placed on supervision by the Honorable Claude M. Hilton, United States District Judge sitting in the Court at Alexandria, Virginia, on the 30th day of November 2007, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

-See page 2-

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: 5/31/16 @ 10:00 am - MSM

### ORDER OF COURT

Considered and ordered this 27th day of April, 2016 and ordered filed and made a part of the records in the above case.

_____
The Honorable Claude M. Hilton
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_Elissa F. Martins_   Elissa F. Martins
                     2016.04.26 08:25:06 -04'00'
_____
Elissa F. Martins
U.S. Probation Officer
(703)299-2309

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Petition on Supervised Release
Page 2
RE: BANSAL, Raj Kumar

<u>OFFENSE</u>: Conspiracy to Operate a Racketeer-Influenced Corrupt Organization

<u>SENTENCE</u>: The defendant was committed to the custody of the United States Bureau of Prisons for a term of 151 months. The term of imprisonment is to be followed by a 3-year term of supervised release with the following special condition: 1) The defendant shall not work in the loan or mortgage business and shall provide the probation officer with access to any requested financial information.

<u>ADJUSTMENT TO SUPERVISION</u>: The defendant's term of supervised release commenced on August 6, 2014. His overall adjustment to supervision has been satisfactory. He satisfied the special assessment ordered by the Court on March 6, 2009. He is unemployed and receives social security as his sole income. Mr. Bansal resides in Alexandria, Virginia with his son (co-defendant) and two of his grandchildren.

<u>VIOLATIONS</u>: The following violations are submitted for the Court's consideration.

**CONDITION 3:**     **FAILURE TO ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER.**

On April 13, 2016, and April 21, 2016, Mr. Bansal provided false information to the Probation Officer regarding his knowledge of "a known convicted felon's'" criminal history with whom he was associating.

During an office visit on April 21, 2016, the undersigned confronted Mr. Bansal in reference to how he knew this individual. Initially, Mr. Bansal stated he only knew that the individual worked with his son. Upon further questioning, he admitted prior knowledge that his son and the above-noted individual were incarcerated together, therefore, knowing he was a convicted felon.

**CONDITION 9:**     **ASSOCIATION WITH A PERSON CONVICTED OF A FELONY WITHOUT THE PERMISSION OF THE PROBATION OFFICER.**

On April 13, 2016, the undersigned conducted an unannounced home visit at the defendant's home. Upon entering the home, this officer met Mr. Bansal and an individual, who was visiting the residence. It is noted that no one else was in the residence at the time of the home visit. This officer questioned Mr. Bansal as to how he knew this individual, and he related it was his son's friend. He initially said he didn't know how they met and later stated they worked together.

As noted above, on April 21, 2016, Mr. Bansal admitted prior knowledge that his son and this individual were incarcerated together, therefore, knowing he was a convicted felon. Through further investigation, this officer verified that the individual at Mr. Bansal's residence is a convicted felon and the defendant did not have permission from this officer to associate with him.

EFM/vlh