Date:  6/24/16     Judge:  Hilton            Reporter:  Westfall
Time:  9:07 to 9:45                          Interpreter:
                                             Language:
                                             Update Deadlines:
UNITED STATES of AMERICA                     Prob. Copies:
           Vs.                               PTS Copies:
                                             AUSA Copes:

Raj Kumar Bansal            1:07CR00177-001
Defendant's Name            Case Number

Robert Jenkins              Ruxandra Barbulescu, Joseph Longobardo
Counsel for Defendant       Counsel for Government

Matter called for:
( ) Motions              ( ) Setting Trial Date     ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment          ( ) Appeal from USMC       ( ) Sentencing             ( ) Rule 20 & Plea
(✓) Supervised Release Violation Hrg.                ( ) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared:    (✓) in person           ( ) failed to appear
                       (✓) with Counsel        ( ) without counsel        ( ) through counsel

Defendant  ( ) Admits  (✓) Denies violation of the conditions of supervised release;

US adduced evidence:
1) Elissa Martins
Defendant adduced evidence:
1) Nick Bansal
2) Raj Bansal

Argument heard.

Petition Dismissed.