IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case #: **1:07-cr-00177-CMH-1** |
| : | |
| **Raj Kumar Bansal**, : | |
| Defendant. : | |

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Comes now the defendant, **Raj Kumar Bansal**, by and through counsel and moves this Honorable Court for an Order terminating his period of supervised release. In support of which the defendant states the following:

1. On November 30, 2007, this Honorable Court sentenced the defendant to a term of imprisonment of 100 months with a 3 year supervised release term and a special assessment of $100. In addition to the standard conditions of supervised release the defendant was ordered to comply with the following special conditions: 1) The defendant shall not work in the loan or mortgage business and 2) shall allow the probation officer access to any requested financial info.

2. On August 6, 2014, the defendant was released from custody and began serving his period of supervised release.

3. Since the time of his release the defendant has been in full compliance with all terms of his supervised release.

4. The defendant has remained free of arrest.

5. The defendant has remained drug free.

6. There appears the defendant is no longer in need of rehabilitative services provided by the United States Probation Office.

7. The defendant has successfully completed 25 of the 36 months of supervision ordered.

8. During his period of supervised release the defendant has not been found in violation of any of his conditions of supervised release.

9. An order granting the instant request would conserve valuable judicial resources for those in need of such supervision.

10. An order granting the instant request would not be against the interest of the government.

RESPECTFULLY SUMBITTED,
**Raj Kumar Bansal**
By counsel

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.:  39161
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant **Raj Kumar Bansal**

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF this September 6, 2016.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.:  39161
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia  22314

(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant **Raj Kumar Bansal**