IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case #: **1:07-cr-00177-CMH-1** |
| : | |
| **Raj Kumar Bansal**, : | |
| Defendant. : | |

### NOTICE OF HEARING

Please take notice that on October 21, 2016, counsel for the defendant will move this Honorable Court for an Order as described in his motion for early termination of supervised release filed on September 6, 2016.

RESPECTFULLY SUMBITTED,
**Raj Kumar Bansal**
By counsel
_____/s/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant **Raj Kumar Bansal**

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF this October 10, 2016.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant **Raj Kumar Bansal**