IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:07-CR-177 |
| | ) |
| RAJ KUMAR BANSAL, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Recognizing that Defendant has completed more than two years of his three-year term of supervised release without substantial violations of the terms of his supervision, and following consultation with the U.S. Probation Office, the Government does not oppose Defendant's motion for early termination of his supervised release.

In addition—and in light of its agreement with Defendant—the Government does not believe it is necessary to hold a hearing to consider early termination of Defendant's supervision. Such a hearing is currently scheduled for Friday, October 21, 2016.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
Benjamin R. Farley
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Benjamin.R.Farley@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of October, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Date: October 18, 2016               Respectfully submitted,

                                              Dana J. Boente
                                              United States Attorney

             By: _____/s/_____
                                              Benjamin R. Farley
                                              Special Assistant United States Attorney
                                              Jonathan Fahey
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              2100 Jamieson Avenue
                                              Alexandria, Virginia 22314
                                              (703) 299-3700
                                              Benjamin.R.Farley@usdoj.gov